UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TEAM INTERNATIONAL GROUP
OF AMERICA INC.                            Civil Action No. 3:21-cv-4710-MCR/EMT

    Plaintiff,                            **JURY TRIAL DEMANDED**

v.

TRISTAR PRODUCTS, INC., and
EMERIL LAGASSE,

    Defendants.
_____/

TRISTAR PRODUCTS, INC.

    Counterclaim Plaintiff,

v.

TEAM INTERNATIONAL GROUP
OF AMERICA INC. and URI MURAD,

    Counterclaim Defendants.
_____/

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to Local Rule 88.3 of this Court, applying Patent Local Rule 6.3 of the Northern District of Georgia, the parties hereby provide the following information:

1

**LPR 6.3(b)(1): The construction of those claim terms, phrases, or clauses on which the parties agree;**

The parties do not agree to the construction of any claim terms.

**LPR 6.3(b)(2): Each party's proposed construction of each disputed claim term, phrase, or clause, together with an identification of all references from the specification or prosecution history that support that construction, and an identification of any extrinsic evidence known to the party on which it intends to rely either to support its proposed construction of the claim or to oppose any other party's proposed construction of the claim;**

| Term | Team International's Construction | Defendants' Construction |
|---|---|---|
| "atop and in thermal contact with the second heating element"<br><br>(Claims 1 and 5 of U.S. Patent 11,175,048) | Existing claim language<br><br>Or<br><br>"atop and in thermal contact, but not limited to physical contact, with the second heating element" | "directly on and against the top of the second heating element for conductive heating" |

| Intrinsic Evidence Supporting Proposed Constructions ||
|---|---|
| **Team International** | **Defendants** |
| '048 Patent, Abstract; 1:62-2:2; 2:16-34; 2:48-51; 2:65-67; 3:55-67; 4:6-18; 4:44-5:3; 5:22-36; 5:54-61; Claims 1, 4, 5, 9, 10, 14; Figs. 6A, 6B, 7A, 7B, 8, 9A, 9B, 10, 12A, 12B, 13A, 13B, 14, 15, 16.<br><br>'048 Patent Prosecution History February 16, 2021 Claims; April 14, 2021 Office Action at 4-13; May 6, 2021 Claims; | '048 Patent, Abstract; 1:14-26; 2:20-34; 3:55-67; 4:44-50; 5:22-36; 6:1-3; 6:10-13; 6:22-25; Figs. 6A, 6B, 7A, 7B, 8, 9A, 9B, 10, 12A, 12B, 13A, 13B, 14, 15, 16.<br><br>'048 Patent Prosecution History, 4.14.2021 Office Action at 4-7; 5.6.2021 Response to Office Action at 1-8; 6.18.2021 Final Rejection at 3-5; 7.14.2021 Response to Office Action at 3-8; 9.23.2021 Notice of Allowance. |

| | |
|---|---|
| May 6, 2021 Response to Office Action at 1-8;<br>June 18, 2021 Office Action at 2-11;<br>July 14, 2021 Amendment at 3-8;<br>August 26, 2021 Response and Amendment at 1-16;<br>September 7, 2021 Response and Amendment at 1-10;<br>September 23, 2021 Notice of Allowance and Examiner Interview Summary Record;<br>TI_0000216-231. | |

| **Extrinsic Evidence Supporting Proposed Constructions** ||
|---|---|
| **Team International** | **Defendants** |
| https://www.merriam-webster.com/dictionary/thermal ("of, relating to, or caused by heat")<br><br>https://www.collinsdictionary.com/us/dictionary/english/thermal ("thermal means relating to or caused by heat or by changes in temperature")<br><br>https://en.wikipedia.org/wiki/Thermal_contact ("In heat transfer and thermodynamics, a thermodynamic system is said to be in thermal contact with another system if it can exchange energy through the process of heat")<br><br>https://www.yourdictionary.com/thermal-contact ("a state in which two or more system can exchange thermal energy") | U.S. Patent No. 9,777,927 (DFTS0002200-13), 4:16-5:3; Figs. 2-3.<br><br>Patent No. WO2018019766 (DFTS0002564-613), Pars. 56-63, 68; Fig. 5.<br><br>TI_0000216-219.<br><br>TI_0000628.<br><br>TI_0000629-652.<br><br>https://www.scienceofcooking.com/how-is-heat-transferred-in-cooking.html (DFTS0001780-83)<br><br>Kalorik Maxx Air Fryer Oven Grill Manuals (DFTS0002404-539) |

3

| | |
|---|---|
| https://www.chemeurope.com/en/encyclopedia/Thermal_contact.html ("In thermodynamics, a thermodynamic system is said to be in thermal contact with another system if it can exchange energy with it through the process of heat. . . . Thermal contact does not imply direct physical contact.") <br><br> https://en.wiktionary.org/wiki/thermal_contact ("(thermodynamics) A state in which two or more systems can exchange thermal energy") <br><br> https://www.collinsdictionary.com/us/dictionary/english/atop ("Synonyms: on top of, over, upon, higher than.") | Kalorik Maxx Air Fryer Oven Manuals (DFTS0001712-79, DFTS0002216-403) <br><br> Kalorik Maxx Air Fryer Oven Grill (DFTS0002615-53) <br><br> U.S. Patent Publication No. 2022/0065459 (DFTS0001631-71), Abstract, Pars. 22, 23, 26, 84, 94; Claims 1, 2, 6, 12, 13, 18, 25, 33, 41, 44, 48, 52, 56; Figs. 17-20. <br><br> U.S. Patent Publication No. 2022/0120445 (DFTS0001672-710), Abstract, Pars. 22, 23, 26, 83, 93; Claims 1, 7, 15, 18; Figs. 17-20. <br><br> 6.20.2022 Amendment during prosecution of 17/567,535 (DFTS0001787-2199) <br><br> "atop" – "on" or "on top of." Merriam Webster Collegiate Dictionary, Eleventh Edition, 2020 (DFTS0001784-86) <br><br> "atop" – "on top of."  Example: "The house sits atop a cliff overlooking the ocean." https://www.britannica.com/dictionary/atop (DFTS0001711) <br><br> "atop" – "on or at the top of." Example: "She sat atop a two-meter wall." https://dictionary.cambridge.org/us/dictionary/english/atop (DFTS0002214-15) |

4

| | |
|---|---|
| | "If something is atop something else, it is on top of it." Example: "Under the newspaper, atop a sheet of paper, lay an envelope." https://www.collinsdictionary.com/us/dictionary/english/atop (DFTS0002614) |

**LPR 6.3(b)(3): The anticipated length of time necessary for the Claim Construction Hearing;**

The parties request two hours for the claim construction hearing.

**LPR 6.3(b)(4): Whether any party proposes to call one or more witnesses, including experts, at the Claim Construction Hearing, the identity of each such witness, and for each expert, a summary of each opinion to be offered in sufficient detail to permit a meaningful deposition of that expert. No other Rule 26 report or disclosure shall be required for testimony directed solely towards claim construction.**

At this time, the parties do not expect to call any witnesses at the hearing.

*\*\*\**

Dated this 8th of September, 2022.

/s/ Charles D. Hoffmann
R. Troy Smith
Florida Bar No. 485519
50 N. Laura Street, Suite 1100
Jacksonville, FL 32202
Phone: (904) 598-9929
troy.smith@gray-robinson.com
maria.danies@gray-robinson.com

-and-

CHARLES R. HOFFMANN P.C.
Charles R. Hoffmann
100 Crossways Park West, #120
Woodbury, New York 11797
Phone: (516) 864-0880
crh@charleshoffmannpc.com
Admitted Pro hac vice

SCHROEDER LAW PC
R. Glenn Schroeder
110 Cooper Street #605
Babylon, New York 11702
Phone: (631) 649-6109
gschroeder@schroederlawpc.com
Admitted Pro hac vice

HOFFMANN MARSHALL STRONG LLP
Charles D. Hoffmann
116 W 23rd St, Suite 500
New York, New York 10011
Phone: (646) 741-4501
charlie@hmscounsel.com
Admitted Pro hac vice

Respectfully submitted:

/s/ Roger A. Colaizzi
Carlton Fields, P.A.
Robert W. Pass
Florida Bar No.: 183169
215 S. Monroe St., Ste. 500
Tallahassee, FL 32301
Phone: (850) 224-1585
rpass@carltonfields.com

-and-

VENABLE LLP
Roger A. Colaizzi (admitted *pro hac vice*)
Frank C. Cimino, Jr. (admitted *pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC  20001
202.344.4569
202.344.8300 – Facsimile
rcolaizzi@Venable.com
fccimino@venable.com

Robert E. Bugg (admitted *pro hac vice*)
Rockefeller Center
1270 Avenue of the Americas
New York, NY  10020
212.370.6241
212.307.5598 – Facsimile
rebugg@Venable.com

*ATTORNEYS FOR TRISTAR PRODUCTS, INC.*

/s/ Drew Sorrell
W. "Drew" Sorrell
Florida Bar No. 160903

| | |
|---|---|
| *Attorneys for Team International Group of America, Inc. and Uri Murad* | Lowndes, Drosdick, Doster, Kantor & Reed, P.A.<br>215 North Eola Drive<br>Post Office Box 2809<br>Orlando, Florida 32802-2809<br>Telephone:  (407) 843-4600<br>Facsimile:   407-843-4444<br>drew.sorrell@lowndes-law.com<br>melissa.lerner@lowndes-law.com<br>litcontrol@lowndes-law.com<br><br>*ATTORNEYS FOR CHEF EMERIL LAGASSE* |

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed on this 8th day of September, 2022 via the Court's CM/ECF filing system, which will send notice to all counsel of record.

*/s/ Roger A. Colaizzi*
Roger A. Colaizzi
